Case 4:00-cr-00042-JMM  Document 174  Filed 07/14/08  Page 1 of 1

◈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HOSEA LORINZO HARPER | ) | Case No: 4:00cr00042-01 JMM |
| | ) | USM No: 22013-009 |
| Date of Previous Judgment: December 22, 2000 | ) | Danny Williams |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 months__ months **is reduced to** __151 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __33__      Amended Offense Level: __31__
Criminal History Category: __IV__      Criminal History Category: __IV__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __12/22/2000__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __July 14, 2008__            __/s/ James M. Moody__
                                          Judge's signature

Effective Date:  _____           James M. Moody, United States District Judge
        (if different from order date)             Printed name and title